FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Apr 16, 2026



UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA )
v. )
ALFONSO MENDOZA-PICAZO )
AKA BRUNO MENDOZA ) Case No. 3:26-mj-359
)
*Defendant*

**CRIMINAL COMPLAINT**

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of April 6, 2026, in the county of Washington, in the Western District of Kentucky, *the defendant violated:*

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC Section 1326(a) and (b)(2) | Reentry of Removed Aliens |

This criminal complaint is based on these facts:
See Affidavit in Support of Criminal Complaint, incorporated as if fully set forth herein.

x Continued on the attached sheet

*Donald L. Moore, Jr.*

*Complainant's signature*

Donald L. Moore, Jr. Special Agent
Homeland Security Investigations

*Attested to by the applicant in accordance with the Requirements of Fed. R. Crim. P. 4.1 by telephone.*

Date: April 16, 2026

*Judge's Signature*

City and State: Louisville, Kentucky

Regina S. Edwards, U.S. Magistrate Judge

KMC/MAB