# Affidavit in Support of Criminal Complaint
## for Alfonso MENDOZA-Picazo aka Bruno MENDOZA

Your Affiant, Special Agent Donald L. Moore, Jr., Homeland Security Investigations (HSI), being duly sworn, deposes and says:

### Introduction

1. I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code Section 1326.

2. Your Affiant is a Special Agent (SA) with Homeland Security Investigations (HSI), assigned to the Assistant Special in Charge (ASAC) office in Louisville, Kentucky. I have been employed with HSI since September 2025. Additionally, your Affiant has successfully completed the Criminal Investigator Training Program (CITP) and the HSI Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where training was conducted relevant to these types of investigations. Your Affiant is currently assigned to the HSI Louisville, Kentucky field office.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Your Affiant has not included every fact that has been revealed through the course of this investigation. Your Affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

## Results of Investigation

5. On March 15, 2026, Alfonso MENDOZA-Picazo aka Bruno MENDOZA (MENDOZA) was issued a citation by a Springfield, Kentucky Police Department Officer, for operating a vehicle with no license, no registration, and failure to maintain required insurance. Springfield, Kentucky is in Washington County, Kentucky which is in the Western District of Kentucky.

6. On March 19, 2026, a Springfield, Kentucky Police Department Officer observed MENDOZA driving a black Oldsmobile Bravada (KY Plate M5H379) eastbound on Main Street. The Springfield Officer recognized MENDOZA from a prior stop on March 15, 2026, and was aware he did not have a valid license. Upon contact, MENDOZA confirmed his identity and admitted he knew he was not supposed to be driving but he did so anyway.

7. The Louisville Fugitive Operations Team (FOT) received a tip from a Louisville Criminal Alien Program (CAP) Officer that Alfonso MENDOZA-Picazo aka Bruno MENDOZA, Alien Registered Number A090 939 521 had recently been arrested and released in Washington County, Kentucky. Records check indicated that MENDOZA is a previously deported Mexican national with felony and aggravated felony convictions. Further checks through the ICE database indicated no recorded lawful entries after his prior removal on 08/20/2004. The Fugitive Operations Team did a records check that showed that the arraignment for MENDOZA's current case in Washington County was scheduled for April 6, 2026, at 12:30 P.M. EST.

8. On April 6, 2026, at approximately 11:45 A.M. FOT Officers arrived at the Washington County Kentucky District Court House located at 100 E. Main in Springfield, Kentucky. At approximately 12:00 P.M, FOT Officers observed a Hispanic male matching the description

from MENDOZA's booking mug shot taken after the March 19, 2026, arrest by Springfield, Kentucky Police Department, and took MENDOZA into custody.

9. MENDOZA's fingerprints were taken at the time of his arrest. Enforcement Removal Operations (ERO) positively identified the individual in custody through record checks as a previously removed citizen from Mexico and as Alfonso MENDOZA-Picazo aka Bruno MENDOZO, the subject of Alien Registration Number A090 939 521 and FBI number 865816NA5.

10. MENDOZA'S criminal history includes a March 1995 conviction in the Ninth Judicial District Court, Curry County, New Mexico for Breaking and Entering and False Imprisonment. The New Mexico Court sentenced him to 36 months imprisonment. MENDOZA was also convicted in August 2000, in the U.S. District Court, Western District of Texas, for a violation of 8 United States Code Section 1326, Reentry of Removed Aliens, for which the Court sentenced him to 57 months imprisonment.

11. Further review of documents obtained from MENDOZA's Alien File revealed information regarding MENDOZA immigration history. MENDOZA was ordered removed by an Immigration Judge in El Paso, Texas on April 13, 2000. On August 20, 2004, MENDOZA was released from federal custody and was removed from the United States by Immigration Officers.

12. There is no evidence of an application for admission into the United States for MENDOZA following his last removal.

13. Based on the above information, I believe there is probable cause supporting the conclusion that MENDOZA is an alien who has been found in the United States in Springfield, Kentucky after

having been previously removed or deported from the United States, in violation of Title 8 of the United States Code, Section 1326(a) and (b)(2).

*Donald L. Moore, Jr.*
Donald L. Moore, Jr., Special Agent
Homeland Security Investigations
Louisville, Kentucky

Sworn to me telephonically pursuant to Fed. R. Crim. P. 4.1 this 16th day of April 2026.

____________________________
Hon. Regina S. Edwards
United States Magistrate Judge